FREDERICK W. KOENIG Respondent, *v.* JOHN H. ROHLFING, Appellant.

1. *Practice, Supreme Court — Appeal — Affirmance of judgment.* — When appellant fails to prosecute his appeal in the manner required by law, and respondent presents a complete transcript to this court, on his motion judgment will be affirmed.

*Appeal from St. Louis Circuit Court.*

*Woerner & Kehr*, for respondent.

*Colvin*, for appellant.

WAGNER, Judge, delivered the opinion of the court.

The Circuit Court rendered final judgment in this case in May, 1870, and the appeal was granted on the fourth day of June thereafter. The appellant having failed to prosecute his appeal as required by law, the respondent now presents a complete transcript of the record and moves for an affirmance.

The motion is sustained and the judgment affirmed. The other judges concur.

———◆———

CITY OF ST. LOUIS, Respondent, *v.* MARINE INSURANCE COMPANY OF ST. LOUIS, Appellant.

1. The City of St. Louis v. The Boatmen's Ins. and Trust Co., *ante*, p. 150, affirmed.

*Appeal from St. Louis Criminal Court.*

*Woerner & Kehr*, for respondent.

*Sharp & Broadhead*, for appellant.

WAGNER, Judge, delivered the opinion of the court.

For the reasons given in the case of The City of St. Louis v. The Boatmen's Ins. and Trust Co., *ante*, p. 150, the judgment of the Criminal Court in this case must be reversed. The other judges concur.